AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| United States of America | ) |
| --- | --- |
| v. | ) Case: 1:23-mj-00085 |
| Jeanette Mangia | ) Assigned To : Upadhyaya, Moxila A. |
| | ) Assign. Date : 4/24/2023 |
| | ) Description: Complaint W/ Arrest Warrant |
| *Defendant* | ) |

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* Jeanette Mangia,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☒ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 111(a)(1) (Assaulting, Resisting, or Impeding Certain Officers)
18 U.S.C. § 1752(a)(1) (Entering and Remaining in a Restricted Building or Grounds)
18 U.S.C. § 1752(a)(2) (Disorderly and Disruptive Conduct in a Restricted Building or Grounds)
18 U.S.C. § 1752(a)(4) (Engaging in Physical Violence in a Restricted Building or Grounds)
40 U.S.C. § 5104(e)(2)(A) (Entering and Remaining on the Floor of Congress)
40 U.S.C. § 5104(e)(2)(C) (Entering and Remaining in Certain Rooms in the Capitol Building)
40 U.S.C. § 5104(e)(2)(D) (Disorderly Conduct in a Capitol Building)
40 U.S.C. § 5104(e)(2)(F) (Act of Physical Violence in the Capitol Grounds or Buildings)
40 U.S.C. § 5104(e)(2)(G)(Parading, Demonstrating, or Picketing in a Capitol Building)

Date: 04/24/2023

*Issuing officer's signature*
Moxila A. Upadhyaya
Digitally signed by Moxila A. Upadhyaya
Date: 2023.04.24 17:08:11 -04'00'

City and state:   Washington, D.C.

Moxila A. Upadhyaya, U.S. Magistrate Judge
*Printed name and title*

---

**Return**

This warrant was received on *(date)* 4/24/2023, and the person was arrested on *(date)* 4/26/2023
at *(city and state)* New Cumberland, PA

Date: 4/26/2023

*Arresting officer's signature*

SA William Lloyd
*Printed name and title*